IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| EL REMATE 2, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-180-KC |
| § | |
| ACCREDITED SURETY AND § | |
| CASUALTY COMPANY, INC., § | |
| § | |
| Defendant. § | |

## ORDER

On this day, the Court considered the parties' Joint Motion to Stay ("Motion"), ECF No. 5. This is an insurance dispute. The parties jointly request a stay to allow Defendant time to investigate and make a determination regarding Plaintiff's insurance coverage. *Id.* at 1. They explain that once Defendant completes its investigation and issues a coverage determination, the scope of the dispute may be significantly narrowed—or resolved entirely. *Id.* at 1–2. The parties therefore request that the Court abate this litigation until thirty days after Defendant's written determination.

Upon due consideration, the Motion is **GRANTED** in part. In the interest of facilitating a settlement, the Court finds a stay appropriate, but not one of indefinite duration. All deadlines and discovery in this matter are **STAYED** until **July 21, 2025**.

**IT IS FURTHER ORDERED** that if the parties have not resolved this matter by **July 21, 2025**, they shall file a joint notice summarizing the status of their efforts.

**IT IS FURTHER ORDERED** that the parties shall file a notice informing the Court within seven days of reaching any settlement.

**SO ORDERED.**

SIGNED this 22nd day of May, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE